1  ELLYN MOSCOWITZ, BAR NO. 129287
   KATHY ROBERTS, BAR NO. 233481
2  LAW OFFICES OF ELLYN MOSCOWITZ
   1629 Telegraph Avenue, Fourth Floor
3  Oakland, California 94612
4  Telephone:  (510) 899-6240
   Facsimile:   (510) 899-6245
5  emoscowitz@moscowitzlaw.com

6  Attorneys for Individual and Representative Plaintiffs

7

8  Attorneys for Plaintiffs

9
                    **UNITED STATES DISTRICT COURT**
10
                   **EASTERN DISTRICT OF CALIFORNIA**
11

12

| | |
|---|---|
| SPRINKLER FITTERS LOCAL UNION 669, BRAD CONRADO, DEAN JENSEN, and THOMAS CAUDLE, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> PRO-TECH FIRE PROTECTION SYSTEMS, CORP., ~~and DOES 1-50~~, <br><br> Defendants. | **CASE NO. 2:08-CV-00643-LEW-EFG** <br><br> **JOINT STIPULATION EXTENDING TIME FOR MOTIONS, DISCOVERY, FINAL PRE-TRIAL CONFERENCE, AND TRIAL** |

13
14
15
16
17
18
19
20

21
                            **STIPULATION**
22
PLAINTIFFS SPRINKLER FITTERS LOCAL UNION 669, BRAD CONRADO,
23
DEAN JENSEN, and THOMAS CAUDLE ("Plaintiffs") and Defendant
24
("Defendant"), acting through their respective counsel of record, hereby stipulate as
25
follows:
26
      1.      In their initial Joint Status Report, Plaintiffs and Defendant agreed on a
27
              schedule for this litigation, anticipating *inter alia* that both sides would have
28

PDF created with pdfFactory trial version www.pdffactory.com

1    completed sufficient discovery to make a settlement conference meaningful

2    by November, prior to Plaintiffs' anticipated filing of a motion for class

3    certification in December of this year.

4    2.    Based on the Defendant and Plaintiffs' Joint Status Report, on June 4, 2008,

5          this Court issued a scheduling order including the following dates:

6          a.  All dispositive motions are to be filed by March 25, 2009;

7          b.  All discovery is to be completed by February 27, 2009;

8          c.  Expert Witnesses are to be disclosed by December 12, 2008;

9          d.  Final Pre-trial Conference is set for May 29, 2009; and

10         e.  Jury trial is set for July 6, 2009.

11   3.    Plaintiffs and Defendant realize now that discovery will take much longer

12         than anticipated.  Defendant has provided responses to Plaintiffs' discovery

13         requests, but Plaintiffs anticipate filing a motion to compel further

14         discovery.  Plaintiffs and Defendant have not so far been able to agree on a

15         pre-certification notice, though they continue to meet and confer.

16   4.    Therefore, Plaintiffs and Defendant agree that the dates in the scheduling

17         order should be extended by 60 days as follows:

18         a.  All dispositive motions to be filed by May 26, 2009;

19         b.  Hearing on dispositive motions to be noticed for July 1, 2009 at 9:00

20             a.m.

21         c.  All discovery to be completed by April, 27, 2009;

22         d.  Expert Witnesses to be disclosed by February 12, 2009;

23         e.  Final Pre-trial Conference to be set for August 7, 2009;

24         f.  The parties joint pretrial statement shall be filed no later than July 31,

25             2009; and

26         g.  Jury trial to be set for September 14, 2009 at 9:00 a.m..

27   IT IS SO STIPULATED.

28

JOINT STIPULATION EXTENDING TIME FOR MOTIONS, DISCOVERY, FINAL PRE-TRIAL
CONFERENCE, AND TRIAL    - 2 -

PDF created with pdfFactory trial version www.pdffactory.com

1  Dated: November 7, 2008   **REDIGER, MCHUGH, & HUBBERT**

2

3

4                                    _____/S/_____
                                     ROBERT REDIGER
5                                    LAURA MCHUGH

6                                    Attorneys for Defendant
                                     PRO-TECH FIRE PROTECTION SYSTEMS, CORP.
7

8

9  Dated: November 7, 2008   **LAW OFFICES OF ELLYN MOSCOWITZ**

10

11

12

13                                   ……………/S/_____
                                     ELLYN MOSCOWITZ
14                                   KATHY ROBERTS

15                                   Attorneys for Plaintiffs
                                     SPRINKLER FITTERS LOCAL UNION 669, BRAD
16                                   CONRADO, DEAN JENSEN, and THOMAS CAUDLE

17

18  IT IS SO ORDERED:

19

20  Dated:  November 12, 2008

21                                   /s/ John A. Mendez_____
                                     Hon. JOHN A. MENDEZ
22                                   United States District Court Judge

23

24

25

26

27

28

JOINT STIPULATION EXTENDING TIME FOR MOTIONS, DISCOVERY, FINAL PRE-TRIAL
CONFERENCE, AND TRIAL    - 3 -

PDF created with pdfFactory trial version www.pdffactory.com