IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SPRINKLER FITTERS LOCAL
UNION 669, et al.,

      Plaintiffs,                                CIV-S-08-0643 JAM EFB

      v.

PRO-TECH FIRE PROTECTION
SYSTEMS, CORP.,

      Defendant.
_____/

      Pursuant to joint stipulation approved by the district judge on April 22, 2009, Dckt. No. 38, all pending discovery matters, Dckt. Nos. 19, 24, 26, are rescheduled for hearing before the undersigned on June 10, 2009, at 10:00 a.m., in Courtroom No. 25. Notwithstanding the three days specified by E.D. Cal. L.R. 37-251, the joint statements as to each of these matters shall be filed not later than *five* court days before the scheduled hearing. Accordingly, the deadline for filing the joint statements shall be June 3, 2009, by 12:00 p.m. (noon). In the event any hearing is rescheduled, the joint statement shall be due not later than five court days before the rescheduled hearing.

      The parties are reminded of the necessity of meeting and conferring in good faith, and attempting to resolve their discovery dispute prior to preparation of their joint statement. E.D. Cal. L.R. 37-251(b), (c)(1). The joint statement on those matters that cannot be resolved informally may be organized by category, with specific discovery items attached, if appropriate, as exhibits. For each disputed category or individual item, include: (1) the specific disputed discovery category or item; (2) the response; (3) the moving party's position; and (4) the opposition. E.D. Cal. L.R. 37-251(c)(3). Do not file separate briefing. *Id.*

      Privilege objections must comply with Fed. R. Civ. P. 26(b)(5). Except in extraordinary circumstances, the party claiming privilege may not submit a post-hearing privilege log. The failure properly to support a privilege objection with a privilege log may be deemed to waive it.

      The moving party is responsible for filing the joint statement. The opposing party nevertheless must timely draft and submit its portion. Failure of either party to use best efforts to ensure timely filing will be cause for sanctions.

DATED: May 15, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE