ELLYN MOSCOWITZ.(CA Bar No. 129287)
LAW OFFICES OF ELLYN MOSCOWITZ, P.C.
1629 Telegraph Avenue, Fourth Floor
Oakland, California  94612
Telephone:  (510) 899-6240
Facsimile:   (510) 899-6245

Attorney for Plaintiffs,
SPRINKLER FITTERS LOCAL UNION
669, BRAD CONRADO, DEAN
JENSEN, and THOMAS CAUDLE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRINKLER FITTERS LOCAL UNION 669, BRAD CONRADO, DEAN JENSEN, and, THOMAS CAUDLE, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>PRO-TECH FIRE PROTECTION SYSTEMS, CORP. and DOES 1 through 50, inclusive,<br><br>        Defendants. | CASE NO. 2:08-CV-00643-JAM-EFG<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON** |

        IT IS HEREBY STIPULATED by, between and among the parties to this

action and their counsel that the above-captioned action be and hereby is

dismissed with prejudice pursuant to FRCP 41(a)(1).  This action has not been

certified as a class action.


Dated: July 13, 2009        **LAW OFFICES OF ELLYN MOSCOWITZ, P.C.**


                By_____/S/_____
                     ELLYN MOSCOWITZ
                    Attorney for Plaintiffs,
                SPRINKLER FITTERS LOCAL UNION 669, BRAD
                CONRADO, DEAN JENSEN, and THOMAS CAUDLE

– 1 –

PDF created with pdfFactory trial version www.pdffactory.com

1

2        Scott Seegmiller, Representing Sprinkler Fitters
         Local 669

3
Dated: 6/25/09           .        /S/
4                                 Plaintiff SPRINKLER FITTERS LOCAL UNION 669

5        Brad Conrado

6
Dated: 6/26/09                    /S/
7                                 Plaintiff BRAD CONRADO

8        Dean Jensen

9
Dated: 6/25/09                    /S/
                                  Plaintiff DEAN JENSEN
10

11       Thomas Caudle

Dated: 7/8/09                     /S/
12                                Plaintiff THOMAS CAUDLE

13

14   Dated: 7/10/09           .   **REDIGER, McHUGH & HUBBERT, LLP**

15       Robert Rediger

16                           By_____/S/
                                  ROBERT L. REDIGER
17                                Attorney for Defendant,
                                  PRO-TECH FIRE PROTECTION SYSTEMS CORP.
18
         Don Gordon
19
Dated: 7/10/09                    /S/
20                                Defendant PRO-TECH FIRE PROTECTION SYSTEMS
                                  CORP.
21

22

IT IS SO ORDERED.__
23

24   Dated:  July 14, 2009        /s/ John A. Mendez
25                                JUDGE OF THE UNITED STATES DISTRICT COURT

26

27

28

– 2 –

PDF created with pdfFactory trial version www.pdffactory.com

# CERTIFICATE OF SERVICE

I am an employee in the County of Alameda, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 1629 Telegraph Ave., Fourth Floor Oakland, California  94612.  On July 14, 2009 I served upon the following parties in this action:

Robert L. Rediger
Laura C. McHugh
REDIGER, McHUGH & HUBBERT LLP
555 Capitol Mall, Suite 1240
Sacramento, CA  95814
Tel. (916) 442.0033

Fax (916) 498.1246

copies of the document(s) produced on paper purchased as recycled and described as:

## STIPULATION OF DISMISSAL AND ORDER THEREON

**[X]**    **BY MAIL** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Oakland, California. I am readily familiar with the practice of Law Offices of Ellyn Moscowitz for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

**[ ]**    **BY OVERNIGHT DELIVERY SERVICE**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and placed the same for collection by Overnight Delivery Service by following the ordinary business practices of, Law Offices of Ellyn Moscowitz  in Oakland, California.  I am readily familiar with the practice of Law Offices of Ellyn Moscowitz for collection and processing of Overnight Delivery Service correspondence, said practice being that in the ordinary course of business, Overnight Delivery Service correspondence is deposited at the Overnight Delivery Service offices for next day delivery the same day as Overnight Delivery Service correspondence is placed for collection.

**[ ]**    **BY PERSONAL SERVICE:**   I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused the same to be delivered by hand via One Legal electronic filing and service.

I certify under penalty of perjury that the above is true and correct.

Executed at Oakland, California, on July 14, 2009.

_____
/S/
Jane E. Drury

– 3 –

STIPULATION OF DISMISSAL AND ORDER THEREON